THE CONSOLIDATED NATIONAL BANK OF NEW YORK, Respondent, *v.* FIRST NATIONAL BANK OF MIDDLETOWN, Appellant.

*Consolidated Nat. Bank* v. *First Nat. Bank,* 129 App. Div. 538, affirmed.
(Argued May 19, 1910; decided June 7, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover the amount of a check drawn upon defendant and held by the plaintiff.

*John Bright* and *Thomas Watts* for appellant.

*Henry W. Wiggins* and *Russell Wiggins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

CAMILLE B. JOHNSTON, as Administratrix of the Estate of WILLIAM G. JOHNSTON, Deceased, Appellant, *v.* SYRACUSE LIGHTING COMPANY, Respondent.

*Johnston* v. *Syracuse Lighting Co.,* 134 App. Div. 907, affirmed.
(Argued May 19, 1910; decided June 7, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1909, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Steward F. Hancock* and *Theodore E. Hancock* for appellant.

*George H. Bond* for respondent.

Judgment affirmed, with costs, on opinion in same case (193 N. Y. 592).
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.